**Toissant De'Vinci BASSETT, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director, Department of Corrections, Respondent–Appellee.**

**No. 00–7327.**

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 16, 2001.

Decided May 15, 2001.

Toissant De'Vinci Bassett, pro se. Richard Bain Smith, Assistant Attorney General, Richmond, VA, for appellee.

Before WIDENER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Toissant De'Vinci Bassett seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Bassett v. Angelone,* No. CA–99–863–3 (E.D.Va. Aug. 23, 2000). We also deny Bassett's request for an extension of time in which to appeal the "transcript decision" of the district court. Fed.R.App.P. 4(a)(5) (requiring that motions for extension of time be filed with district court). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*